LAWRENCE G. BROWN
Acting United States Attorney
JOHN K. VINCENT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 551-2795

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | 2:00-cr-325 GEB |
| Plaintiff,   ) | |
| ) | |
| v.   ) | |
| ) | MOTION TO DISMISS INDICTMENT |
| MARAT STEPANYAN,   ) | AND ARREST WARRANT FILED |
| ) | AGAINST DEFENDANT MARAT STEPANYAN |
| Defendant.   ) | AND [PROPOSED] ORDER |
| _____) | |

Plaintiff United States of America, by and through its undersigned counsel, and pursuant to Fed. R. Crim. P. 48, moves to dismiss the indictment and arrest warrant in the above-captioned action filed on June 22, 2000.  Since filing the indictment, the government has not been able to locate the defendant and has come to believe that he fled the United States.  In the meantime, the government no longer has significant evidence and the potential to secure witness testimony necessary for prosecution.  Accordingly, the government is not able to proceed with the prosecution and submits

this motion to dismiss the indictment and arrest warrant filed against the defendant.

DATED: June 2, 2009                         LAWRENCE G. BROWN
                                            Acting United States Attorney


                                        By: /s/ John K. Vincent
                                            JOHN K. VINCENT
                                            Assistant U.S. Attorney


                                ORDER

    Based on the motion of the government, and GOOD CAUSE APPEARING THEREFORE, the Court hereby orders that the indictment and arrest warrant filed against defendant Marat Stepanyan on June 22, 2000, be and are hereby dismissed.

    IT IS SO ORDERED.

Dated:  June 5, 2009

                        _____
                        GARLAND E. BURRELL, JR.
                        United States District Judge